*In re* **CLARKE**, Bennett D.C. (MR 20939)
Chicago, IL

Order of the Court:

The motion by the Administrator of the Attorney Registration and Disciplinary Commission to approve and confirm the report and recommendation of the Review Board is allowed. Respondent Bennett D.C. Clarke

is transferred to inactive status until further order of the Court pursuant to Supreme Court Rule 758.